IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:15-CV-00654-D

| | |
|---|---|
| LINDA W. COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING LEAVE** |
| ) | **FROM LOCAL CIVIL RULE 56.1(a)** |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, the parties' Joint Motion for Leave From Local Civil Rule 56.1(a) is allowed, and the parties are excused from the requirements of Local Civil Rule 56.1(a) in connection with filing their Motions for Summary Judgment.

SO ORDERED. This 4 day of October 2016.

JAMES C. DEVER III
Chief United States District Judge