UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LINDA W. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 5:15-CV-654-D** |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiffs motion for summary judgment [D.E. 27] and DENIES MetLife' s motion for summary judgment [D.E. 24]. The court directs MetLife to award plaintiff the benefits due to her under the accidental death and dismemberment policy.

**This Judgment Filed and Entered on June 26, 2017, and Copies To:**

| | |
|---|---|
| Jessica Blair Vickers | (via CM/ECF electronic notification) |
| Michael T. Medford | (via CM/ECF electronic notification) |
| Elizabeth J. Bondurant | (via CM/ECF electronic notification) |
| Katherine T. Lange | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
June 26, 2017  (By) /s/ Nicole Briggeman
  Deputy Clerk